GREGORY J. KOEBEL, Esq.
ROBERT J. O'CONNOR, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Petitioner Claston LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| CLASTON LLC, | ) | MC 08-00007 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | PROOF OF SERVICE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The undersigned does hereby certify that a copy of the Petition to Quash Formal Document Request was served as follows:

By personal delivery on February 12, 2008 upon:

United States Attorney's Office
3rd floor Horiguchi Bldg.,
Garapan, Saipan

Dated this 12th of February 2008.

*Elizabeth Villar*

K:\Greg Koebel\3461-Claston\3461-01-080212-Proof of Service.doc