GREGORY J. KOEBEL, Esq.
ROBERT J. O'CONNOR, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Petitioner Claston LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| CLASTON LLC, | ) | MC 08-00007 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | PROOF OF SERVICE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The undersigned does hereby certify that two (2) copies of the Petition to Quash Formal Document Request was served as follows:

By certified mail, return receipt requested on February 13, 2008 upon:

Rosalee Hofman (#59-00862)
Internal Revenue Service
850 Trafalgar Court, Suite 200, Stop 4366,
Maitland, FL 32751

Hon. Michael Mukasey
Attorney General of the United States
Attention: Rick Ward, Tax Division
10th and Pennsylvania Ave., NW
Washington, D.C. 20530

Dated this 13th of February 2008.

                                                Alexander Lopez

K:\Greg Koebel\3461-Claston\3461-01-080213-Proof of Service(mail).doc



