FILED
Clerk
District Court

FEB 15 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CLASTON L.L.C., ) | Miscellaneous No. 08-00007 |
| )  Plaintiff ) | |
| v. ) | ORDER SETTING HEARING |
| ) | ON MOTION TO QUASH |
| UNITED STATES OF AMERICA, ) | |
| )  Defendant ) | |

No hearing date having been requested by petitioner,

IT IS ORDERED that hearing of petitioner's motion to quash is set, pursuant to Local Rules, for Thursday, March 13, 2008, at 9:00 a.m. Any opposition to the motion shall be filed by 3:30 p.m., Thursday, February 28, 2008, Saipan date and time. Any reply shall be filed by 3:30 p.m., Thursday, March 6, 008.

Off-island counsel may appear by telephone, in accordance with the court's Local Rules (www.nmid.uscourts.gov).

DATED this 15th day of February, 2008.

_____
ALEX R. MUNSON
Judge