ORIGINAL

```
                                                    F I L E D
                                                       Clerk
                                                   District Court

JEREMY HENDON                                       FEB 22 2008
Trial Attorney, Tax Division
U.S. Department of Justice                     For The Northern Mariana Islands
555 4th Street, N.W.                           By_____
Washington, D.C. 20044                                (Deputy Clerk)
Tel: (202) 353-2466
```

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
Tel: (671) 472-7332
Fax: (671) 472-7215/7334

Attorneys for the United States

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CLASTON LLC, | Case No.: MC 08-00007 |
| Petitioner, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

WHEREAS, on February 12, 2008, Petitioner, CLASTON LLC, filed its Petition to Quash Formal Document Request (the "Petition to Quash") pursuant to 26 U.S.C. § 982(c)(2);

WHEREAS, due to the complexity of the case, Respondent, UNITED STATES OF AMERICA, requests additional time to respond to the Petition to Quash.

WHEREAS, the parties agree that, in light of the substantive nature of the case, an Order Granting Extension of Time which grants the Respondent sixty (60) days from the date of filing the Petition to Quash to file its response is appropriate;

NOW, THEREFORE, in light of the foregoing recitals, the parties, through their respective undersigned counsel, stipulate to continue the case and jointly request the Court to enter an Order Granting Extension of Time.

**IT IS SO STIPULATED.**

Attorneys for the Petitioner:

Dated: February 22, 2008

GREGORY J. KOEBEL
ROBERT J. O'CONNOR
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Tel: (670) 234-5684
Fax: (670) 234-5683

Attorneys for the Respondent:

Dated: February 21, 2008

JEREMY HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney