JEREMY HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street, N.W.
Washington, D.C. 20044
Tel: (202) 353-2466

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
Tel: (671) 472-7332
Fax: (671) 472-7215/7334

Attorneys for the United States

FILED
Clerk
District Court

FEB 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANAS ISLANDS

| | |
|---|---|
| CLASTON LLC, <br><br> Petitioner, <br><br> vs. <br><br> UNTIED STATES OF AMERICA, <br><br> Respondent. | MC 08-00007 <br><br> **ORDER** |

This matter came before the Court on the Stipulation for Extension of Time for an Order allowing an extension of time. After reviewing the submission, IT IS HEREBY ORDERED THAT:

The deadline to submit respondent's response to the petition to quash be extended to _APRIL 14_, 2008.

IT IS SO ORDERED this 22ᵈ day of February, 2008.

*Alex R. Munson*
HONORABLE ALEX R. MUNSON
Chief Judge, District Court of
the Northern Mariana Islands

**RECEIVED**

FEB 2 2 2008

Clerk
District Court
The Northern Mariana Islands