FILED
Clerk
District Court

MAR – 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CLASTON LLC,                                          Misc. Action No. 08-0007

      Petitioner,

      v.                                              **ORDER TAKING HEARING
                                                      OFF CALENDAR**

UNITED STATES OF AMERICA,

      Respondent.
_____/

On February 22, 2008, the court granted the parties' stipulated extension of time for

Respondent to respond to Petitioner's Petition to Quash. The date for response was extended to

April 14, 2008. Pursuant to the stipulation, the hearing currently set for Thursday March 13,

2008, is hereby taken off calendar until it is rescheduled by the parties.

**IT IS SO ORDERED.**

Dated:      March 4, 2008

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)