GREGORY J. KOEBEL, Esq.
ROBERT J. O'CONNOR, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Petitioner Claston LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| CLASTON LLC, | ) | MC 08-00007 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | STIPULATED DISMISSAL OF |
| | ) | PETITION TO QUASH |
| | ) | FORMAL DOCUMENT |
| UNITED STATES OF AMERICA, | ) | REQUEST |
| | ) | |
| Respondent. | ) | |
| | ) | |

COME NOW Petitioner Claston LLC and Respondent United States of America and hereby stipulate to DISMISS this action pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii). The Formal Document Request as propounded by Petitioner, which formed the basis for this Petition to Quash, has been withdrawn, in accordance with Exhibit "A" attached hereto. This Petition is, therefore, moot. The Parties further stipulate that there will be no award of attorneys fees or costs. In accordance with LR 7.4, a separate Order is submitted herewith.

//

Respectfully submitted this 9th day of April 2008.

Attorneys for the Petitioner:

/s/ Gregory J. Koebel

GREGORY J. KOEBEL
ROBERT J. O'CONNOR
O'Connor Berman Dotts & Banes
2nd Floor, Nauru Building
P. O. Box 501969
Saipan, MP 96950

Attorneys for the Respondent:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

/s/ Mikel W. Scwab
BY: _____
MIKEL W. SCHWAB
Assistant U. S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

LARGE AND MID-SIZE
BUSINESS DIVISION

850 Trafalgar Court
Suite 200, Stop 4366
Maitland, Florida 32789

April 7, 2008

Sunset Recovery, LLC TMP
C/O Mr. John K. Baldwin
For FULHAM, LLC TMP
For CLASTON, LLC
29 MPB, Box 1001
Saipan, MP 96950

Regarding:  Formal Document Request

Formal Document Requests were issued to you on August 10, 2007, and on November 15, 2007. This is to inform you that the Formal Document Requests issued on those dates are withdrawn. They should be disregarded.

If you have questions, please contact me.

Sincerely,

Rosalee Hofman
Internal Revenue Agent
Badge # 59-00862
321-441-2539

FILE

D:\Users\n9qdb\SBU Data\Tax Shelter Cases\BALDAGIII\CLASTON\001 Admin\Formal Document Request\PETITION TO QUASH\Withdrawal of FDR on LMSB letterhead (Draft 2).doc

**Exhibit "A"**