GREGORY J. KOEBEL, Esq.
ROBERT J. O'CONNOR, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Petitioner Claston LLC

F I L E D
Clerk
District Court

APR 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CLASTON LLC,<br><br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | MC 08-00007<br><br>ORDER DISMISSING<br>PETITION TO QUASH<br>FORMAL DOCUMENT<br>REQUEST |

PURSUANT TO the Stipulation to Dismiss, as filed by the parties hereto, and in accordance with LR 7.4, this action is hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and attorneys fees.

IT IS SO ORDERED this 11 day of April, 2008.

_____
HONORABLE ALEX R. MUNSON
Chief Justice, District Court of the Northern
Mariana Islands

RECEIVED
APR 1 0 2008
Clerk
District Court
The Northern Mariana Islands